**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 8, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00405-CV

## NEH BUILDER, LLC, Appellant

## V.

## GREG GREPARES AND SHARON GREPARES, Appellees

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 19-09-25727**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 2, 2020. On September 25, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.